# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: RAMIREZ, JOSE A § | Case No. 09-47971 |
| RAMIREZ, ROSANNA § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 04/15/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 03/07/2011    By: /s/ Michael G. Berland
                                    Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: RAMIREZ, JOSE A | § | Case No. 09-47971 |
|---|---|---|
| RAMIREZ, ROSANNA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 301,441.06 |
| *and approved disbursements of* | $ 256,151.15 |
| *leaving a balance on hand of* [1] | $ 45,289.91 |
| **Balance on hand:** | $ 45,289.91 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 45,289.91 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 12,000.00 | 0.00 | 12,000.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 12,000.00 |
| Remaining balance: | $ 33,289.91 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 33,289.91 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 33,289.91

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,285.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 75.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for Target | 6,955.93 | 0.00 | 5,228.77 |
| 2 | American Infosource Lp As Agent for Citibank South Dakota | 12,870.13 | 0.00 | 9,674.45 |
| 3 | Chase Bank USA, N.A. | 2,489.49 | 0.00 | 1,871.35 |
| 4 | Chase Bank USA, N.A. | 5,571.71 | 0.00 | 4,188.24 |
| 5 | Chase Bank USA, N.A. | 5,609.10 | 0.00 | 4,216.35 |
| 6 | State Farm Bank | 8,122.28 | 0.00 | 6,105.50 |
| 7 | GE Money Bank c/o Recovery Management Systems | 2,666.67 | 0.00 | 2,004.53 |

Total to be paid for timely general unsecured claims: $ 33,289.19
Remaining balance: $ 0.72

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.72 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.72 |

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-47971-BWB
Jose A Ramirez                                                          Chapter 7
Rosanna Ramirez
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams          Page 1 of 1          Date Rcvd: Mar 08, 2011
                              Form ID: pdf006          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2011.
```
db/jdb     +Jose A Ramirez,   Rosanna Ramirez,   14701 Meadow Lane,   Plainfield, IL 60544-1404
aty        +John C Renzi,   June Prodehl & Renzi LLC,   1861 Black Road,   Joliet, IL 60435-3591
tr         +Michael G Berland,   1 N LaSalle St,   No.1775,   Chicago, IL 60602-4065
14868285   +Best Buy,   Reward Zone,   P.O. Box 17051,   Baltimore, MD 21297-1051
14868284   +Best Buy,   Retail Services,   P.O. Box 17298,   Baltimore, MD 21297-1298
14868286    Carson Pirie Scott,   Retail Services,   P.O. Box 17264,   Baltimore, MD 21297-1264
15766815    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14868288    Chase Card Member Services,   P.O. Box 15153,   Wilmington, DE 19886-5153
14868287    Chase Card Member Services,   P.O. Box 15325,   Wilmington, DE 19886-5325
14868289   +Citicard,   Processing Center,   Des Moines, IA 50363-0001
14868290    GMAC,   P.O. Box 9001951,   Louisville, KY 40290-1951
14868291   +Home Depot,   Processing Center,   Des Moines, IA 50364-0001
14868294   +Menards,   P.O. Box 17602,   Baltimore, MD 21297-1602
15775874    State Farm Bank,   POB 3001,   Malvern, PA 19355-0701
14868296    State Farm Bank,   P.O. Box 23025,   Columbus, GA 31902-3025
14868297   +Target Mail Stop,   Attn: Bankruptcy Department,   P.O. Box 9475,   Minneapolis, MN 55440-9475
14868298   +Target National Bank,   P.O. Box 59317,   Minneapolis, MN 55459-0317
14868299   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,   P.O. Box 790179,   Saint Louis, MO 63179-0179)
14868300    Union Plus Credit Union,   P.O. Box 88000,   Baltimore, MD 21288-0001
14868292   ++WACHOVIA BANK NA,   PO BOX 13765,   ROANOKE VA 24037-3765
             (address filed with court: Home Eq,   P.O. Box 96053,   Charlotte, NC 28296-0053)
14868301   +Will County Treasurer,   302 N. Chicago Street,   Joliet, IL 60432-4059
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15725391      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 09 2011 00:11:24
              American Infosource Lp As Agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
              Oklahoma City, OK   73124-8840
15689480      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 09 2011 00:11:24
              American Infosource Lp As Agent for,   Target,   PO Box 248866,   Oklahoma City, OK   73124-8866
15824605      E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2011 00:13:13      GE Money Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
14868293      E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2011 00:13:13      JC Penney,   P.O. Box 960090,
              Orlando, FL 32896-0090
14868295      E-mail/PDF: mtg.bankruptcy@regions.com Mar 09 2011 00:11:18      Regions Mortgage,
              P.O. Box 2153, Dept. 2520,   Birmingham, AL 35287-2520
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Eric J Parker,   Stotis & Baird Chartered
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 10, 2011**                         **Signature:**   *Joseph Speetjens*