# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: RAMIREZ, JOSE A | § | Case No. 09-47971 |
| RAMIREZ, ROSANNA | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $335,285.00
*(without deducting any secured claims)*

Assets Exempt: $69,725.00

Total Distribution to Claimants: $173,290.43

Claims Discharged
Without Payment: $55,549.73

Total Expenses of Administration: $113,151.15

3) Total gross receipts of $ 301,441.58 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2** ), yielded net receipts of $286,441.58 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $356,647.00 | $140,000.00 | $140,000.00 | $140,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 118,723.17 | 113,151.15 | 113,151.15 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 83,861.98 | 44,285.31 | 44,285.31 | 33,290.43 |
| **TOTAL DISBURSEMENTS** | $440,508.98 | $303,008.48 | $297,436.46 | $286,441.58 |

4) This case was originally filed under Chapter 7 on December 18, 2009. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _10/20/2011_____    By: _/s/MICHAEL G. BERLAND_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Federal tax refund-scheduled | 1124-000 | 1,433.00 |
| PI complaint-scheduled | 1142-000 | 300,000.00 |
| Interest Income | 1270-000 | 8.58 |
| **TOTAL GROSS RECEIPTS** | | $301,441.58 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jose Ramirez | Payment of exemption per court order | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $15,000.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Home Eq | 4110-000 | 250,086.00 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Bank | 4110-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Regions Mortgage | 4110-000 | 83,003.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC | 4110-000 | 11,767.00 | N/A | N/A | 0.00 |
| NOTFILED | Will County Treasurer | 4110-000 | 10,291.00 | N/A | N/A | 0.00 |
| | Sedgwick CMS a/s/o ATT&T | 4210-000 | N/A | 140,000.00 | 140,000.00 | 140,000.00 |
| **TOTAL SECURED CLAIMS** | | | $356,647.00 | $140,000.00 | $140,000.00 | $140,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 17,572.02 | 12,000.00 | 12,000.00 |
| Stotis & Baird | 3210-600 | N/A | 100,000.00 | 100,000.00 | 100,000.00 |
| Stotis & Baird | 3210-600 | N/A | 1,151.15 | 1,151.15 | 1,151.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 118,723.17 | 113,151.15 | 113,151.15 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for Target | 7100-000 | 6,679.02 | 6,955.93 | 6,955.93 | 5,228.96 |
| 2 | American Infosource Lp As Agent for Citibank South | 7100-000 | 12,519.81 | 12,870.13 | 12,870.13 | 9,674.81 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 2,430.02 | 2,489.49 | 2,489.49 | 1,871.41 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 5,571.71 | 5,571.71 | 4,188.40 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 10,999.26 | 5,609.10 | 5,609.10 | 4,216.51 |
| 6 | State Farm Bank | 7100-000 | 6,679.02 | 8,122.28 | 8,122.28 | 6,105.73 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | GE Money Bankc/o Recovery Management Systems | 7100-000 | N/A | 2,666.67 | 2,666.67 | 2,004.61 |
| NOTFILED | Citicard Processing Center | 7100-000 | 4,780.13 | N/A | N/A | 0.00 |
| NOTFILED | Citicard Processing Center | 7100-000 | 2,584.14 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Processing Center | 7100-000 | 7,045.69 | N/A | N/A | 0.00 |
| NOTFILED | Target Mail Stop | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Menards | 7100-000 | 2,356.90 | N/A | N/A | 0.00 |
| NOTFILED | Union Plus Credit Union | 7100-000 | 8,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Member Services | 7100-000 | 15,411.91 | N/A | N/A | 0.00 |
| NOTFILED | Carson Pirie Scott Retail Services | 7100-000 | 1,194.54 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy Reward Zone | 7100-000 | 726.89 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy Retail Services | 7100-000 | 2,454.65 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 83,861.98 | 44,285.31 | 44,285.31 | 33,290.43 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 09-47971 | **Trustee:** (520196) MICHAEL G. BERLAND |
| **Case Name:** RAMIREZ, JOSE A | **Filed (f) or Converted (c):** 12/18/09 (f) |
| RAMIREZ, ROSANNA | **§341(a) Meeting Date:** 01/28/10 |
| **Period Ending:** 10/20/11 | **Claims Bar Date:** 09/07/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 14701 Meadow Lake, Plainfield-scheduled | 290,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash-scheduled | 55.00 | 0.00 | DA | 0.00 | FA |
| 3 | TCF checking-shceduled | 75.00 | 0.00 | DA | 0.00 | FA |
| 4 | TCF savings-scheduled | 5.00 | 0.00 | DA | 0.00 | FA |
| 5 | Valley Bell checking-scheduled | 125.00 | 0.00 | DA | 0.00 | FA |
| 6 | Valley Bell savings-schuduled | 5.00 | 0.00 | DA | 0.00 | FA |
| 7 | Security deposit-scheduled | 140.00 | 0.00 | DA | 0.00 | FA |
| 8 | Household goods-scheduled | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 9 | China set-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 10 | Miscellenous DVD & CD-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 11 | Wearing apparel-scheduled | 225.00 | 0.00 | DA | 0.00 | FA |
| 12 | Wedding rings and jewlry-scheduled | 450.00 | 0.00 | DA | 0.00 | FA |
| 13 | Exercise equipment-scheduled | 125.00 | 0.00 | DA | 0.00 | FA |
| 14 | Term life insurance-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | 401k-scheduled | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | union pension-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 17 | Federal tax refund-scheduled | 6,500.00 | 0.00 | | 1,433.00 | FA |
| 18 | workers comp-scheduled | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | PI complaint-scheduled | 0.00 | Unknown | | 300,000.00 | Unknown |
| 20 | 2005 Montana-scheduled | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 21 | 2007 Pontiac-scheduled | 10,500.00 | 0.00 | DA | 0.00 | FA |
| 22 | Pet-scheduled | 15.00 | 0.00 | DA | 0.00 | FA |
| 23 | Computer-scheduled | 300.00 | 0.00 | DA | 0.00 | FA |
| 24 | Above ground pool-schedueld | 500.00 | 0.00 | DA | 0.00 | FA |
| 25 | Yard & hand tools-scheduled | 65.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 8.58 | Unknown |
| 26 | **Assets**   **Totals** (Excluding unknown values) | **$341,785.00** | **$0.00** | | **$301,441.58** | **$0.00** |

Printed: 10/20/2011 02:44 PM    V.12.57

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 09-47971 | **Trustee:** (520196) MICHAEL G. BERLAND |
| **Case Name:** RAMIREZ, JOSE A | **Filed (f) or Converted (c):** 12/18/09 (f) |
| RAMIREZ, ROSANNA | **§341(a) Meeting Date:** 01/28/10 |
| **Period Ending:** 10/20/11 | **Claims Bar Date:** 09/07/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |

**Major Activities Affecting Case Closing:**

The Trustee employed special counsel in connection with a personal injury case. The case was settled.

**Initial Projected Date Of Final Report (TFR):** December 31, 2014   **Current Projected Date Of Final Report (TFR):** December 31, 2014

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-47971 | **Trustee:** MICHAEL G. BERLAND (520196) |
| **Case Name:** RAMIREZ, JOSE A | **Bank Name:** The Bank of New York Mellon |
| RAMIREZ, ROSANNA | **Account:** 9200-******71-65 - Money Market Account |
| **Taxpayer ID #:** **-***8397 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 10/20/11 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/11/10 | {17} | June, Prodehl & Renzi | Payment of non exempt portion of tax refund | 1124-000 | 1,433.00 | | 1,433.00 |
| 08/25/10 | {19} | State Farm | Partial payment of settlement per court order | 1142-000 | 160,000.00 | | 161,433.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.89 | | 161,434.89 |
| 09/13/10 | {19} | State Farm | Payment of balance of settlement per court order | 1142-000 | 140,000.00 | | 301,434.89 |
| 09/15/10 | | To Account #9200******7166 | Transfer to pay liens | 9999-000 | | 140,000.00 | 161,434.89 |
| 09/15/10 | 1001 | Stotis & Baird | Payment of attorney fee for special counsel per court order | 3210-600 | | 100,000.00 | 61,434.89 |
| 09/15/10 | 1002 | Stotis & Baird | Payment  of expenses for special counsel per court order | 3210-600 | | 1,151.15 | 60,283.74 |
| 09/15/10 | 1003 | Jose Ramirez | Payment of exemption per court order | 8100-002 | | 15,000.00 | 45,283.74 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.84 | | 45,286.58 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.53 | | 45,288.11 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.70 | | 45,288.81 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.38 | | 45,289.19 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.38 | | 45,289.57 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.34 | | 45,289.91 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.38 | | 45,290.29 |
| 04/13/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.14 | | 45,290.43 |
| 04/13/11 | | To Account #9200******7166 | Transfer for prupose of final distribution | 9999-000 | | 45,290.43 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 301,441.58 | 301,441.58 | $0.00 |
| Less: Bank Transfers | 0.00 | 185,290.43 |
| **Subtotal** | 301,441.58 | 116,151.15 |
| Less: Payments to Debtors | | 15,000.00 |
| **NET Receipts / Disbursements** | $301,441.58 | $101,151.15 |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-47971 |
| Case Name: | RAMIREZ, JOSE A |
| | RAMIREZ, ROSANNA |
| Taxpayer ID #: | **-***8397 |
| Period Ending: | 10/20/11 |

| | |
|---|---|
| Trustee: | MICHAEL G. BERLAND (520196) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-*****71-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/15/10 | | From Account #9200******7165 | Transfer to pay liens | 9999-000 | 140,000.00 | | 140,000.00 |
| 09/23/10 | 101 | Sedgwick CMS a/s/o ATT&T | Payment in full of workers compensation lien Claim A725002851-0001-01 | 4210-000 | | 140,000.00 | 0.00 |
| 04/13/11 | | From Account #9200******7165 | Transfer for prupose of final distribution | 9999-000 | 45,290.43 | | 45,290.43 |
| 04/21/11 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $12,000.00, Trustee Compensation;  Reference: | 2100-000 | | 12,000.00 | 33,290.43 |
| 04/21/11 | 103 | American Infosource Lp As Agent for Target | Dividend paid  75.17% on $6,955.93; Claim# 1; Filed: $6,955.93; Reference: | 7100-000 | | 5,228.96 | 28,061.47 |
| 04/21/11 | 104 | American Infosource Lp As Agent for Citibank South Dakota | Dividend paid  75.17% on $12,870.13; Claim# 2; Filed: $12,870.13; Reference: | 7100-000 | | 9,674.81 | 18,386.66 |
| 04/21/11 | 105 | Chase Bank USA, N.A. | Dividend paid  75.17% on $2,489.49; Claim# 3; Filed: $2,489.49; Reference: | 7100-000 | | 1,871.41 | 16,515.25 |
| 04/21/11 | 106 | Chase Bank USA, N.A. | Dividend paid  75.17% on $5,571.71; Claim# 4; Filed: $5,571.71; Reference: | 7100-000 | | 4,188.40 | 12,326.85 |
| 04/21/11 | 107 | Chase Bank USA, N.A. | Dividend paid  75.17% on $5,609.10; Claim# 5; Filed: $5,609.10; Reference: | 7100-000 | | 4,216.51 | 8,110.34 |
| 04/21/11 | 108 | State Farm Bank | Dividend paid  75.17% on $8,122.28; Claim# 6; Filed: $8,122.28; Reference: | 7100-000 | | 6,105.73 | 2,004.61 |
| 04/21/11 | 109 | GE Money Bankc/o Recovery Management Systems | Dividend paid  75.17% on $2,666.67; Claim# 7; Filed: $2,666.67; Reference: | 7100-000 | | 2,004.61 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **185,290.43** | **185,290.43** | **$0.00** |
| Less: Bank Transfers | 185,290.43 | 0.00 | |
| **Subtotal** | **0.00** | **185,290.43** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$185,290.43** | |

| | |
|---|---|
| Net Receipts : | 301,441.58 |
| Less Payments to Debtor : | 15,000.00 |
| Net Estate : | $286,441.58 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-*****71-65 | 301,441.58 | 101,151.15 | 0.00 |
| Checking # 9200-*****71-66 | 0.00 | 185,290.43 | 0.00 |
| | $301,441.58 | $286,441.58 | $0.00 |